WENDY J. OLSON, IDAHO STATE BAR NO. 7634
UNITED STATES ATTORNEY
NANCY D. COOK, TEXAS STATE BAR NO. 04741500
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF IDAHO
6450 N. MINERAL DRIVE SUITE 210
COEUR D'ALENE, ID 83815
TELEPHONE: (208) 667-6568
FACSIMILE:  (208) 667-0814

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    vs.<br><br>LARRY W. TALLEY,<br><br>            Defendant. | Case No. 07-CR-00179-N-EJL<br><br>**MOTION FOR DETENTION SUPERVISED RELEASE** |

The United States, by and through Wendy J. Olson, United States Attorney for the District of Idaho, and the undersigned Assistant United States Attorney, moves the Court, pursuant to Federal Rules of Criminal Procedure 32.1(a)(6) and 46(d), and 18 U.S.C. § 3143(a), for an order directing that the defendant, **Larry W. Talley,** be held without bail pending a preliminary hearing and revocation hearing regarding the terms and conditions of his probation/supervised release and the alleged violations contained in the petition filed by the United States Probation Office.

A person arrested for a violation of supervised release may be released or detained under 18 U.S.C. § 3143(a) pending further proceedings.  FED R. CRIM. P. 32.1(a)(6).  Section 3143(a)

MOTION FOR DETENTION SUPERVISED RELEASE - 1

provides that the judicial officer shall order that the person be detained, "unless the judicial officer finds by clear and convincing evidence that the person is not likely to flee or pose a danger to the safety of any other person or the community" if released.  18 U.S.C. § 3143(a). "The burden of establishing by clear and convincing evidence that the person will not flee or pose a danger to any other person or to the community rests with the person."  FED. R. CRIM. P. 32.1(a)(6).

WHEREFORE, the Government requests the Court enter an Order ordering the Defendant be detained without bail pending a Probation and Revocation Hearing.

Respectfully submitted this 14th day of January, 2015 .

                                      WENDY J. OLSON
                                      UNITED STATES ATTORNEY
                                      By:

                                      *s/Nancy D. Cook*
                                      NANCY D. COOK
                                      Assistant United States Attorney

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 14, 2015, the foregoing **MOTION FOR DETENTION SUPERVISED RELEASE** was electronically filed with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following person(s) by email:

| Federal Defenders | Amy_Rubin@fd.org |
|---|---|

                                                  *s/Marissa Allen*
                                                  Marissa Allen
                                                  Legal Assistant